55resp frm

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



| | |
|---|---|
| Kenya Antwain Evans, | ) |
| Petitioner, | ) |
| v. | ) 1:05CV00616 |
| United States of America, | ) 1:99CR251-1 |
| Respondent. | ) |

## ORDER

Petitioner in this action has submitted a motion to vacate, set aside, or correct his sentence. In accordance with Rule 4(b), Rules Governing Section 2255 Proceedings, the United States Attorney is directed to file a response to this motion within sixty (60) days from the date of the entry of this order.

**IT IS SO ORDERED.**

                                              /s/ P. Trevor Sharp
                                               United States Magistrate Judge

Date: July 12, 2005